# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOHN L. ALLEN,

       Plaintiff,

   v.

GLEN HEINZL and JILL HANSON,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-037-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____12/29/08_____
Date